PROSKAUER ROSE LLP
Edward Cerasia II
Christie Del Rey-Cone
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200 or 212.736.8185

Attorneys for Defendants
  Ron Haskin, Valerie Jenkins and Linda Johnson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUAN CARLOS MEDINA,

                      Plaintiff,

          -against-

JETBLUE AIRWAYS CORPORATION, a/k/a
JETBLUE AIRWAYS, LINDA JOHNSON,
VALERIE JENKINS, and RON HASKIN

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

05-CV-6171 (JGK)

<u>**NOTICE OF MOTION**</u>

<u>Document Electronically Filed</u>

To:    Yetta G. Kurland, Esq.
       Kurland & Associates, P.C.
       304 Park Avenue South, Suite 206
       New York, New York 10010

       PLEASE TAKE NOTICE that defendants Ron Haskin, Valerie Jenkins and Linda

Johnson (collectively, the "Individual Defendants"), by their undersigned counsel, Proskauer

Rose LLP, shall move before the Honorable John G. Koetl, United States District Judge, at the

United States Courthouse, 500 Pearl Street, Room 1030, New York, New York, at 10:00 a.m. on

_____, 2005, or as soon thereafter as counsel may be heard, for an order

(a) granting the Individual Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss the Complaint

in its entirety; (b) granting the Individual Defendants their costs, including attorneys' fees,

incurred in connection with this motion; and (c) granting to the Individual Defendants such other

and further relief as the Court may deem just and proper.

Dated:  Newark, New Jersey
        August 30, 2005

                                         Respectfully submitted,

                                         PROSKAUER ROSE LLP


                                         By____s/ Edward Cerasia II_____
                                            Edward Cerasia II
                                          Christie Del Rey-Cone
                                       One Newark Center, 18th Floor
                                       Newark, New Jersey 07102
                                       973.274.3200 or 212.736.8185

                                       Attorneys for Defendants
                                        Ron Haskin, Valerie Jenkins and Linda Johnson

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 30, 2005, I caused to be served a true and correct copy of the Defendants Ron Haskin's, Valerie Jenkins' and Linda Johnson's Notice of Motion To Dismiss the Complaint by ECF and U.S. regular mail, postage prepaid, on the following counsel of record for the plaintiff:

Yetta G. Kurland, Esq.
Kurland & Associates, P.C.
304 Park Avenue South, Suite 206
New York, New York 10010


_____s/Christie Del Rey-Cone_____
Christie Del Rey-Cone